# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

	**Plaintiff,**

	v.	Case No. 22-MJ-8225-01-TJJ

**MOHAMMAD RAFI MOHAMMADI,**

	**Defendant.**

## CRIMINAL COMPLAINT

I, Ryan T. Blay, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief, and establishes probable cause that the following offense has been committed:

### COUNT ONE

**18 U.S.C. § 1001(a)(2)**
**(False Statements)**

On or about August 12, 2019, in the District of Kansas, the defendant,

**MOHAMMAD RAFI MOHAMMADI,**

1

willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by making a false statement to the United States Department of Defense when applying for a security clearance as a contract linguist on the "Questionnaire for National Security Positions." Specifically, Mr. Mohammadi denied "EVER associat[ing] with anyone involved in activities to further terrorism." The statement and representation was false because Mr. Mohammadi associated with at least two individuals "involved in activities to further terrorism."

This was in violation of Title 18, United States Code, Section 1001(a)(2).

I am a Special Agent of the Federal Bureau of Investigation and have been so employed for the past thirteen years. I am currently assigned to the Kansas City Field Office. In my official capacity, I have been investigating federal violations for the past thirteen years. This Complaint is based on the following facts known to me as a result of my personal participation in this investigation, and from reports made to me by other law enforcement agents or officers.

1. The Kansas City FBI Field Office began investigating Mohammad Rafi Mohammadi after receiving information concerning his interactions with known members of ISIS-K, a "Foreign Terrorist Organization."[1]

---

[1] On or about October 15, 2004, the United States Secretary of State designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On

2

2. The investigation revealed that when Mr. Mohammadi completed and submitted the "Questionnaire for National Security Positions" through the "Electronic Questionnaire for Investigative Processing" form on August 12, 2019, for a security clearance as a contract linguist with the United States Department of Defense, he answered a question falsely.

3. For the question on that "e-QIP" form, "Have you EVER associated with anyone involved in activities to further terrorism," Mr. Mohammadi answered, "No."[2] The e-QIP form warns of "Penalties for Inaccurate of False Statements" as "The U.S. Criminal Code (title 18, section 1001) provides that knowingly falsifying or concealing a material fact is a felony which may result in fines and/or up to five (5) years imprisonment." The e-QIP form included a "Statement of Understanding," providing "I

---

or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (i.e., "ISIS" – which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS. To date, ISIS remains a designated FTO. On January 14, 2016, the Secretary designated the Islamic State's Khorasan Province (ISIS-K), an affiliate of ISIS located in Afghanistan and Pakistan, as a Foreign Terrorist Organization.

[2] Similarly, on November 12, 2018, Mr. Mohammadi completed and signed the Form N-400 Application for Naturalization with the United States Department of Homeland Security. For the question, "Have you EVER been a member of, or in any way associated (either directly or indirectly) with a terrorist organization," Mr. Mohammadi answered, "No." Relatedly, on April 26, 2019, Mr. Mohammadi completed the N-445 Notice of Naturalization Oath Ceremony and for the question, "Since your interview, have you joined, become associated, or connected with any organization in any way, including the Communist Party, a totalitarian organization, or terrorist group," he answered, "No."

have read the instructions and I understand that if I withhold, misrepresent, or falsify information on this form I am subject to the penalties for inaccurate or false statement (per U.S. Criminal Code, Title 18, section 1001), denial or revocation of a security clearance, and/or removal and debarment from Federal Service." Mr. Mohammadi answered, "Yes."

4. Information from Mr. Mohammadi's Facebook account from at least January 2018, Mr. Mohammadi's statements to a confidential human source since the fall of 2021, and Mr. Mohammadi's statements to investigators this past week, establish that answer to be false.

5. Because the answer to that question is critical to determining a security clearance, Mr. Mohammadi's answer is material to the Department of Defense's decision to contract with Mr. Mohammadi.[3]

6. In February 2019, the Afghanistan National Directorate of Security publicly announced the arrest of someone for recruiting militants for ISIS-K and deploying them to a specific province within Afghanistan. The identity of that person is known to me and referred to as Individual #1. On March 13, 2019, Mr. Mohammadi reposted a video on his Facebook account that referenced this arrest of Individual #1.

7. In July 2019, the Afghanistan National Directorate of Security publicly announced the arrest of someone else for recruiting students to join ISIS-K and

---

[3] As part of the contract linguist application process, on June 17, 2019, Mr. Mohammadi completed an online screening interview form. For the question, "Are you now or have you EVER been a member of any organization, associated with or contributed to any movement or group that advocates the overthrow of the U.S. government," Mr. Mohammadi answered, "No."

4

encouraging them to carry out terrorist attacks. The identity of that person is also known to me and referred to as Individual #2. On July 24, 2019, Mr. Mohammadi reposted a video on his Facebook account that referenced the arrests of Individual #1 and Individual #2.

8. A review of Mr. Mohammadi's publicly available Facebook account revealed a pattern of reposting videos featuring Individual #1, Individual #2, and other publicly identified members or recruiters for ISIS-K.

9. In direct messages on Mr. Mohammadi's Facebook account on January 24, 2018, he asked someone to obtain Individual #1's telephone number. In response, that individual provided two telephone numbers to Mr. Mohammidi for Individual #1.

10. Through direct messages and audio messages on Mr. Mohammadi's Facebook account in April and May 2018, Mr. Mohammadi directed that $400 sent via Western Union should be given to Individual #1. Records obtained from Western Union confirmed Mr. Mohammadi sent $2,000 from Lenexa, Kansas, on May 2, 2018, to the person in Afghanistan with whom Mr. Mohammadi was communicating. The person in Afghanistan confirmed to Mr. Mohammadi through Facebook that he gave the money to Individual #1.

11. On or about October 11, 2019, the Department of Defense deployed Mr. Mohammadi to Afghanistan as a contract linguist.

12. On or about November 10, 2019, military personnel caught Mr. Mohammadi as he attempted to sneak back onto the military base, as he left the base without permission.

13.     During a conversation with a Confidential Human Source in the Fall of 2021, Mr. Mohammadi stated he knew of Individual #2's arrest and detention in July 2019, so Mr. Mohammadi sought to facilitate Individual #2's release while deployed to Afghanistan a couple of months later.

14.     In a subsequent conversation with a Confidential Human Source, Mr. Mohammadi stated he sent money to Individual #1 via Western Union.

15.     During an interview with federal investigators this past week, Mr. Mohammadi claimed to not personally know Individual #1, but sometime in 2017 to early 2018, Mr. Mohammadi learned that Individual #1 had been arrested for training and teaching ISIS.  Mr. Mohammadi also knew Individual #1 had been arrested several times for affiliations with ISIS and terrorism.  Mr. Mohammadi denied ever providing financial support to Individual #1.

_____
Ryan T. Blay
Special Agent
Federal Bureau of Investigation

Sworn to and attested before me after having been transmitted by reliable electronic means on this  15th  day of October 2022, at Kansas City, Kansas.

_____
HONORABLE TERESA J. JAMES
United States Magistrate Judge

6

## PENALTIES

### Count 1 [18 U.S.C. 1001(a)(2)]

- Punishable by a term of imprisonment of not more than five years.  18 U.S.C. § 1001(a).

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).