# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                              CASE NO.22-20055-DDC-TJJ

**MOHAMMAD RAFI**
    **a.k.a. MOHAMMAD RAFI MOHAMMADI,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FALSE STATEMENT**
**[18 U.S.C. § 1001(a)(2)]**

On or about August 12, 2019, in the District of Kansas, the defendant,

**MOHAMMAD RAFI**
**a.k.a. MOHAMMAD RAFI MOHAMMADI,**

willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by making a materially false, fictitious, and fraudulent statement to

1

the United States Department of Defense when applying for a security clearance as a contract linguist on the "SF-86 Questionnaire for National Security Positions." Specifically, **Mohammad Rafi** falsely denied "EVER associat[ing] with anyone involved in activities to further terrorism." **Mohammad Rafi's** statement and representation was false, fictitious, and fraudulent because he knew that he had associated and communicated with more than one individual "involved in activities to further terrorism."

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.

 November 16, 2022         s/Foreperson
DATE                      FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ Scott C. Rask
Scott C. Rask
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Scott.Rask@usdoj.gov
Ks. S. Ct. No. 15643

By: /s/ D. Christopher Oakley
D. Christopher Oakley
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Chris.Oakley@usdoj.gov
Ks. S. Ct. No. 19248

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

### **Count 1  [18 U.S.C. § 1001(a)(2)]**

- Punishable by a term of imprisonment of not more than five years.  18 U.S.C. § 1001(a).

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).