## In the United States District Court
## for the District of Kansas

---

**United States of America**,
                    Plaintiff,

v.                                                      Case No. 22-20055-DDC

**Mohammad Rafi**,
                    Defendant.

---

## Amended Motion for Continuance

---

Defendant, Mohammad Rafi, asks this Court to continue the current status conference for approximately 60 days and declare time excludable from speedy trial act deadline for the following reasons:

1.  An indictment was filed against Mr. Rafi on November 16, 2022, charging him with one count of False Statement in violation of 18 U.S.C. §1001(a)(2). A status conference is currently scheduled for September 21, 2022, at 9:00 a.m., before the Honorable Daniel D. Crabtree.

2.  Mr. Rafi was arraigned on the indictment on November 17, 2022. He is currently on bond and compliant with the court-ordered conditions of release.

3.  On December 16, 2022, the parties jointly requested this Court to designate this as a complex case. [Doc. 15]. On May 30, 2023, this Court granted the motion, designated the case as complex, and excluded the time

until September 21, 2023, from speedy trial calculations under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii). [Doc. 22].

4.  To date, Counsel has received six rounds of discovery. This includes hours of surveillance footage, tens of thousands of pages of documents, and hours of audio recorded conversations in the Dari or Pashto dialect. There is another round of discovery recently delivered to the U.S. Attorney's Office that has yet to be provided. Counsel continues to review the provided discovery but has much more to go. Mr. Rafi also continues to review discovery, but still much less than Counsel.

5.  The most recent round of discovery was delivered on August 8, 2023. It will require transcription and translation of over eight hours of conversation. This will take a significant amount of time.

6.  Additional time is needed to continue reviewing discovery and to assess the state of this case. Once all discovery is disclosed and reviewed, then legal research and fact investigation can begin in earnest.

7.  Defendant, Mohammad Rafi, has been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial time during the requested periods.

8.  Counsel for the government, Scott Rask and Chris Oakley, have no objection to this request.

Wherefore, counsel for the defendant moves this Court for an order continuing the status conference for approximately 60 days.

Respectfully submitted,

s/Tim Burdick
TIM BURDICK, #78152
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone: (913) 551-6712
Fax: (913) 551-6562
Email: Tim_Burdick@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

s/Tim Burdick
Tim Burdick, #78152