**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 22-20055-01-DDC

MOHAMMAD RAFI (01),

        Defendant.

**Attorneys for Plaintiff: Chris Oakley, Scott C. Rask**
**Attorney for Defendant: Timothy H. Burdick**

| JUDGE: | Daniel D. Crabtree | DATE: | 5/2/2024 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kristina Scott |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE

Defendant appears not and waives appearance.

Defendant's counsel orally moves for the court to continue the status conference for 30 days to allow time for defendant to propose a plea offer to the government. Government's counsel has no objection.

**The court grants the defendant's oral motion and continues the status conference to May 30, 2024, at 9:00 a.m.**

Pursuant to the specific findings set forth in full on the record, the court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the court that the period of delay resulting from the additional time granted pursuant to the court's order, **May 2, 2024, until May 30, 2024**, is deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

**Defendant remains on release.**