**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL PRETRIAL PROCEEDINGS**

UNITED STATES OF AMERICA,                                  Scott C. Rask

        Plaintiff,

v.                                                         Case No. 22-20055-01-DDC

MOHAMMAD RAFI (01),                                        Timothy H. Burdick

        Defendant.

| JUDGE: | Daniel D. Crabtree | DATE: | 12/30/2024 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

## PROCEEDINGS

☐ Arraignment & Plea        ☐ Waiver of Indictment        ☒ Felony
☒ Change of Plea            ☐ Appearance                  ☐ Misdemeanor

☐ Interpreter        ☐ Sworn        ☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment              ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment               ☐ Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:        ☐ Read to Defendant:
        ☒ Indictment
        ☐ Information
        ☒ Number of Counts: 1

☒ Petition to Enter Plea Filed        ☐ Plea Agreement attached

    ☐ Previous Plea of
        ☐ Guilty     ☒ Not Guilty        Counts: 1 of Indictment

    ☒ Plea of GUILTY as to Counts: 1 of Indictment

☒ Judgment Deferred     ☒ PSI Ordered     ☒ Sentencing scheduled for April 10, 2025, at 1:30 p.m.
☒ Continued on Present Bail        ☐ Remanded to Custody
☐ Counts to be dismissed on Motion of the US at sentencing:
☒ OTHER:  There is no plea agreement.